

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the matter of the Estate of
Mary Marshall Holley, deceased,

No. 11-15-00173-CV

\* From the County Court at Law
  of Brown County,
  Trial Court No. 13,631.

\* February 10, 2017

\* Memorandum Opinion by Willson, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, we reverse the order of the trial court, render judgment that John Robert Holley has standing, and remand the cause for further proceedings consistent with this court's opinion. The costs incurred by reason of this appeal are taxed against Pamela Holley, independent executrix of the Estate of Mary Marshall Holley, deceased.